Verbal.990 Memorandum Opinion,
Order and Recommendation

Attachment

1/14/2010

# NC State Bar Directory

## Lawyer Directory

**Search for Lawyer**
Search the directory by name, city, or state.

*Choose one or multiple search criteria:*

| | |
|---:|---|
| **First** | latanya |
| **Middle** | |
| **Last** | verbal |
| **City** | |
| **State** | Any |

[ Search ]

# NC State Bar Directory

## Lawyer Directory

Want to complete or refine your search for more results?
**Click here to complete a new search**

### Search Results

Your search came back empty

Status Definitions:

| | |
|---|---|
| Active | The lawyer is presently eligible to practice law in North Carolina. |
| Judge | The lawyer is an active member and currently serving as a judge in North Carolina. |
| Military | The lawyer is an active member and currently on active military duty. |
| Inactive | The lawyer has voluntarily petitioned for and been granted this status, which renders the lawyer not currently eligible to practice law in North Carolina. |
| Suspended | The lawyer's license to practice law in North Carolina has been suspended, and the lawyer is not currently eligible to practice law in North Carolina. A lawyer may be suspended because of professional misconduct. If so, a public discipline record will be found when you view the record. A lawyer may be suspended because of failure to fulfill an administrative requirement such as payment of dues. If so, a disciplinary record for suspension will not be found when you view the record. |
| Disbarred | The lawyer's license to practice law in North Carolina has been revoked, and the lawyer is not eligible to practice law in North Carolina. |
| Deceased | |
| Disability Inactive | An order has been entered concluding that the lawyer suffers from a mental or physical condition which significantly impairs the lawyer's professional judgment, performance, or competence and transferring the lawyer to disability inactive status. The lawyer is not eligible to practice law. |